**No. 22-13315**

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

CONSUMERS' RESEARCH, et al.

*Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA,

*Respondents.*

On Petition for Review of an Order of the Federal Communications Commission

## UNOPPOSED MOTION OF THE SCHOOLS, HEALTH & LIBRARIES BROADBAND COALITION FOR LEAVE TO INTERVENE

Jason Neal
HWG LLP
1919 M St., NW, 8th Floor
Washington, DC 20036
(202) 730-1300
jneal@hwglaw.com

*Counsel for the Schools, Health &
Libraries Broadband Coalition*

November 2, 2022

**No. 22-13315, *Consumers' Research, et al. v. Federal Communications Commission and United States of America***

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Schools, Health & Libraries Broadband Coalition ("SHLB Coalition") provides this Certificate of Interested Persons and Corporate Disclosure Statement. To the best of SHLB Coalition's knowledge, the following persons and entities may have an interest in the outcome of this case:

Bayly, Joseph

Benton Institute for Broadband & Society

Berry, Jonathan

Bettac, Suzanne

Blum, Edward J.

Boyden Gray & Associates PLLC

Buschbacher, Michael

Carr, James M.

Cause Based Commerce, Inc.

Center for Media Justice dba MediaJustice

Competitive Carriers Association

Consumers' Research

Conway, Kersten

C-1 of C-4

**No. 22-13315, *Consumers' Research, et al. v. Federal Communications Commission and United States of America***

Crews, Adam G.

Dortch, Marlene H.

Ellison, P. Michele

Federal Communications Commission

Garland, Merrick

Gibbs, Lynn

Gibbs, Paul

Gray, C. Boyden

HWG LLP

Kelson, Jared M.

Kirby, Kwang Ja

Kirby, Tom

Kull, Robert

Lewis, Jacob M.

McCotter, R. Trent

Murray, Brian W.

National Digital Inclusion Alliance

National Telecommunications Cooperative Association d/b/a NTCA – The Rural

Broadband Association

Neal, Jason

**No. 22-13315,** *Consumers' Research, et al. v. Federal Communications Commission and United States of America*

Roth, Deanna

Roth, Jeremy

Schools, Health & Libraries Broadband Coalition

Schwartzman, Andrew Jay

Tatel, Jennifer

Thomas, Rhonda

United States of America

USTelecom – The Broadband Association

Wilkinson Barker Knauer, LLP

To the best of SHLB Coalition's knowledge, no other persons, associations of persons, firms, partnerships, or corporations have an interest in the outcome of this case or appeal.

## CORPORATE DISCLOSURE STATEMENT

Schools, Health & Libraries Broadband Coalition is an incorporated 501(c)(3) public interest organization with over 300 members who share the goal of promoting open, affordable, high-quality broadband for anchor institutions and their communities.  Its members include representatives of health care providers and networks, schools, libraries, state broadband offices, private sector companies, state and national research and education networks, and consumer organizations. A complete list is available at http://shlb.org/about/coalition-members.  Schools,

**No. 22-13315, *Consumers' Research, et al. v. Federal Communications Commission and United States of America***

Health & Libraries Broadband Coalition is a non-profit corporation that has no

owners or subsidiaries; accordingly, it has no parent corporation and no publicly

held corporation owns 10% or more of its stock.

Dated: November 2, 2022                              /s/ Jason Neal

                                                     Jason Neal

                                                     *Counsel of Record for Schools,*
                                                     *Health & Libraries Broadband*
                                                     *Coalition*

**UNOPPOSED MOTION OF THE SCHOOLS, HEALTH & LIBRARIES BROADBAND COALITION FOR LEAVE TO INTERVENE**

Pursuant to 28 U.S.C. § 2348, Federal Rule of Appellate Procedure 15(d) and Eleventh Circuit Rule 15-4, the Schools, Health & Libraries Broadband Coalition ("SHLB Coalition" or "SHLB") moves for leave to intervene in support of Respondents in the above-captioned case.  SLHB Coalition has contacted Petitioners and Respondents through their counsel, and they have stated that they consent to the grant of this motion.  This motion is timely because Petitioners filed their Petition for Review in this Court on October 3, 2022, and this motion was filed within the 30-day time period set out in Federal Rule of Appellate Procedure 15(d).  Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, SHLB Coalition is also filing a certificate of interested persons and corporate disclosure statement.

The SHLB Coalition is an incorporated 501(c)(3) public interest organization with over 300 members who share the goal of promoting open, affordable, high-quality broadband for anchor institutions and their communities. Petitioners challenge the funding mechanism for the Universal Service Fund ("USF"), which funds longstanding, vitally important programs that support affordable telecommunications and internet access service for rural health care providers, schools, and libraries nationwide.  Many of SHLB Coalition's members

1

participate in and benefit from these USF programs.  The Petition, if successful, would do great harm to the interests and goals of SHLB Coalition and its members.

SHLB Coalition meets the statutory requirements to intervene as a matter of right.  *See* 28 U.S.C. § 2348.  The interests of SHLB Coalition's members will be substantially affected by this Court's review of the Federal Communications Commission's approval of the USF contribution factor for the USF program for the fourth quarter of 2022.  *See generally Proposed Fourth Quarter 2022 Universal Service Contribution Factor*, Public Notice, DA 22-946, CC Docket No. 96-45 (rel. Sep. 13, 2022).  Petitioners' case has far-reaching implications: they challenge not only the Commission's power to set a contribution factor, but also its authority to collect and distribute universal service funds at all.  *See* Pet. for Review at 4-5. Petitioners filed similar challenges in the Fifth Circuit and Sixth Circuit, and SHLB Coalition has intervened in those appeals as well.  *See* Order, *Consumers' Research v. FCC*, No. 22-60008 (5th Cir. Feb. 11, 2022) (granting SHLB Coalition's motion to intervene); Order, *Consumers' Research v. FCC*, No. 21-3886 (6th Cir. Nov. 18, 2021) (granting SHLB Coalition's motion to intervene).

As an organization, SHLB Coalition is a strong supporter of the USF programs, and it regularly advocates before the Federal Communications

Commission on USF-related matters.[1]  Many of its members receive funding support from critical USF programs.  In particular, health care providers that are SHLB Coalition members receive support through the Rural Health Care Support Mechanism, a program that allows rural health care providers to pay rates for telecommunications and advanced services similar to those of their urban counterparts, making telehealth services affordable.  Its educational members receive support through the Schools and Libraries Support Mechanism, known as the "E-Rate" program, which provides telecommunications services, internet access, and connection equipment to eligible schools and libraries.  This case has put the continued existence of these funding sources in jeopardy.

In addition, SHLB Coalition's ability to protect its interests may be impaired absent intervention to the extent that Respondents may not adequately represent SHLB Coalition's interests.  *See*, *e.g.*, *Fed. Sav. & Loan Ins. Corp. v. Falls Chase Special Taxing Dist.*, 983 F.2d 211, 216 (11th Cir. 1993) (describing the burden of demonstrating inadequate representation, where it applies, as "minimal").  Nor do Respondents and SHLB Coalition have the "same ultimate objective."  *Id.* at 215.

---

[1]  *See*, *e.g.*, Comments of the Schools, Health & Libraries Broadband (SHLB) Coalition, *In the Matter of Report on the Future of the Universal Service Fund*, WC Docket No. 21-476 (filed Feb. 17, 2022); Comments of the Schools, Health & Libraries Broadband (SHLB) Coalition, *In the Matter of Modernizing the E-rate Program for Schools and Libraries*, WC Docket No. 13-184 (filed Sept. 27, 2021).

While both Respondents and SHLB Coalition "vigorously oppose" Petitioners'

challenges to the USF programs, "their interests may not align precisely."

*Brumfield v. Dodd*, 749 F.3d 339, 345 (5th Cir. 2014).  The government's interests

in representing the public at large are different from the targeted interests of SHLB

Coalition in pursuing its policy goals on behalf of its members.

Accordingly, SHLB Coalition respectfully requests that it be granted leave

to intervene in support of Respondents.

Dated: November 2, 2022                Respectfully submitted,


                                       /s/ Jason Neal
                                       Jason Neal
                                       HWG LLP
                                       1919 M St., NW, 8th Floor
                                       Washington, DC 20036
                                       (202) 730-1300
                                       jneal@hwglaw.com

                                       *Counsel for Schools, Health &*
                                       *Libraries Broadband Coalition*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in 14-point Times New Roman font.  I further certify that the foregoing document complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 743 words according to the word-count feature of Microsoft Word.

/s/ Jason Neal
Jason Neal

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2022, the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit.  Service was accomplished on all parties or their counsel of record via CM/ECF.

/s/ Jason Neal
Jason Neal